OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
$ 00.26⁵
APR 29 2015
MAILED FROM ZIP CODE 78701

**4/20/2015
Maples, Ronnie Lynn**
Tr. Ct. No. 45329-B

WR-79,786-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RONNIE LYNN MAPLES
HUGHES UNIT - TDC # 1788448
RT. 2, BOX 4400
GATESVILLE, TX

U T F

RTS
DISCHARGED

CAWBS3B